IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOTICOL CHASTANG,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**E. CERVANTES, et al.,**<br><br>　　　　　　　　　　　　Defendants. | No. 2:15-cv-00961 DB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** |

　　Good cause appearing, Defendants' motion to modify the Scheduling Order to extend the pretrial-motion deadline by fourteen days (ECF No. 34) is GRANTED.

　　All pretrial motions, except motions to compel discovery, shall be filed on or before July 7, 2017. In all other respects, the December 8, 2016 Scheduling Order (ECF No. 21) remains in full force and effect.

　　IT IS SO ORDERED.

DATED: June 23, 2017

　　　　　　　　　　　　　　　　　　/s/　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE