IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOTICOL CHASTANG,** | No. 2:15-cv-00961 DB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO LODGE VIDEO RECORDINGS WITH THE COURT, AND** |
| v. | |
| **E. CERVANTES, et al.,** | **ORDER PERMITTING DEFENDANTS TO LODGE COMPACT DISK WITH THE CLERK OF THE COURT** |
| Defendants. | |

Defendants seek permission to lodge a compact disk containing the recordings of plaintiff's interview and yard footage concerning the events of November 30, 2014, which are at issue in this suit. Plaintiff was given the opportunity to view these recordings prior to his deposition. (See Transcript of Mar. 2, 2017 Depo. of Loticol Chastang, lodged herein on July 10, 2017, at 13:16 – 14:11.) Good cause appearing, IT IS HEREBY ORDERED that defendants' motion to lodge the compact disk (ECF No. 38) is granted. Defendants may lodge the compact disk with the Clerk of the Court.

Dated: July 22, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9

DLB1/prisoner-civil rights/chas0961.lodge cd